IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE VIII, Individually and as Representative of the Estate of JULIE DOE VIII, a Minor; JOHN DOE VIII, Individually and as Representative of the Estate of JULIE DOE VIII, a Minor; and the ESTATE OF JULIE DOE VIII, <br><br>Plaintiffs, <br><br>v. <br><br>MYSPACE, INC., and KILEY RYAN BOWERS, <br><br>Defendants. | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:08-CV-0309-P |

## **ORDER**

Now before the Court is an Application to Proceed *in forma pauperis* filed by Defendant Kiley Ryan Bowers, February 21, 2008. On March 7, 2008, Magistrate Judge Irma Carrillo Ramirez filed Findings and Recommendations in this matter, recommending this Court deny Bowers's Application. Bowers has not filed objections to the magistrate's report and paid the filing fee on April 2, 2008. The Court finds Magistrate Judge Ramirez's research and findings well taken, but Bowers's Application to Proceed *in forma pauperis* was rendered MOOT by his filing the $350.00 fee April 2, 2008.

**It is so ordered.**

Signed this April 23, 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE